# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RE: Civil / Criminal No. 05-11869

Title: Coverall No. America, Inc. vs Canestraro

## NOTICE

Please take notice that the above-entitled case previously assigned Judge **Young** has been transferred to Judge **Wolf** all further proceedings. From this date forward the case number on all pleadings should be followed by the initials **MLW**. In addition, please ensure that all future correspondence with the Clerk's Office has the proper case number and initials on the lower left hand corner of the envelope, as well as on the correspondence or pleading being filed.

Thank you for your cooperation in this matter.

SARAH A. THORNTON, CLERK

By: Marie Bell
Deputy Clerk

Date: 9/26/05

_____ Please NOTE that the above case has been transferred to the Western Section in Springfield. All future filings should be made at the Clerk Office, Federal Building & Courthouse, 1550 Main Street, Springfield MA 01103.

_____ Please NOTE that the above case has been transferred to the Central Section in Worcester. All future filings should be made at the Clerk Office, U.S. District Court, Room 502, 595 Main Street, Worcester MA 01608-2076.

Copies to:    Counsel, Systems Administrator

transfer.ntc - 10/96]    [ntocsasgn.]